BETH W. MORA, CSB NO. 208859
COOPER & MORA
A Professional Corporation
18 Crow Canyon Court, Suite 145
San Ramon, California 94583
Telephone: (925) 820-8949
Facsimile: (925) 820-0278
E-Mail:    bmora@cooperlawoffice.com

Attorney for PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEANETTE EBERHART; HAMILTON BEAUX O'KEADY-ELICOCK; HOWARD HILL; and, PHILIP MARC ORLOW,<br><br>    Plaintiff,<br>v.<br><br>FRYE CLAIMS CONSULTATION AND ADMINISTRATION, INC., a California Corporation; and DOES 1 through 25,<br><br>    Defendants. | Case No. C 06-06827 MEJ<br><br>[~~PROPOSED~~] **ORDER TO DISMISS WITHOUT PREJUDICE PLAINTIFFS' FEDERAL OVERTIME CLAIMS & RELATED DAMAGES** |

Whereas, following the United States Court of Appeals for the Ninth Circuit ruling in *Miller v. Farmers Insurance Exchange* on October 26, 2006, Plaintiffs formally request the Court grant their proposed order to dismiss without prejudice the following portions of their complaint:

1. "& Federal" from the Heading on page 1 of the Complaint;

2. "AND FEDERAL" from the caption in the Second Cause of action, page 10, line 2;

3. ", and under the federal Fair Labor Standards Act, 29 U.S.C. §216 et. seq.,", from the Second Cause of action, page 10, lines 5 - 6;

4. "liquidated damages under said federal overtime wage laws;"; from the Second Cause of Action, page 10, line 16, sub-section c; and,

5. "and/or liquidated damages ......and federal....." from the Prayer for Relief on page 14, line 11.

1  (Said sections have been noted in a "Strike Through" Amended Complaint attached hereto as
2  Exhibit A.)

3  Whereas, Plaintiffs' counsel offered a Joint Stipulation to Defendant's Counsel, which was rejected.

4  Therefore, Plaintiffs request that they are granted the right to file a First Amended Complaint absent
5  said sections, dismissed without prejudice within ten (10) days from execution of this Order. (Example of
6  an Amended Complaint is attached hereto as Exhibit B.)

### SIGNATURE OF PLAINTIFFS COUNSEL

DATED: November 17, 2006

                           COOPER & MORA
                           A Professional Corporation

                    By:     /s/
                           BETH W. MORA
                           Attorneys for PLAINTIFFS

### [PROPOSED] ORDER

Plaintiffs shall file a First Amended Complaint consistent with this Order. IT IS SO ORDERED.

Dated: November 29, 2006

By: _____ GRANTED /s/ Judge Maria-Elena James
         U.S. DISTRICT COURT

[PROPOSED] ORDER TO DISMISS PLAINTIFFS' FEDERAL OVERTIME CLAIMS & RELATED DAMAGES  2