**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE EBERHART; HAMILTON BEAUX O'KEADY-ELICOCK; HOWARD HILL; and PHILIP MARC ORLOW,<br><br>Plaintiff,<br><br>vs.<br><br>FRYE CLAIMS CONSULTATION AND ADMINISTRATION INC., a California Corporation; and DOES 1 through 25,<br><br>Defendants. | Case No. C 06-06827 MEJ<br><br>**ORDER DIRECTING PARTIES TO CONSENT OR DECLINE MAGISTRATE JURISDICTION** |

    Pending before the Court is Plaintiff's Motion for Remand to state court. Upon review of the record in this action, the Court notes that the parties have not filed written consents to Magistrate Judge James' jurisdiction, nor have they requested reassignment to a United States District Court Judge. This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial. In accordance with title 28, U.S.C. § 636(c), the Magistrate Judges of this District Court are designated to conduct any and all proceedings in a civil case, including a jury or non jury trial, and to order the entry of final judgement, upon the consent of the parties. An appeal from a judgement entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgement of a district court.

You have a right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, the parties shall inform the Court whether they consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Court Judge for trial. A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov. From the homepage, click on the "Forms" tab on the left margin, then choose "Civil." Parties shall inform the Court as soon as possible, but no later than January 18, 2007.

**IT IS SO ORDERED.**

Dated: January 10, 2007

MARIA-ELENA JAMES
United States Magistrate Judge

2