IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE EBERHART; HAMILTON BEAUX O'KEADY-ELICOCK; HOWARD HILL; and PHILIP MARC ORLOW,<br><br>    Plaintiff,<br><br>vs.<br><br>FRYE CLAIMS CONSULTATION AND ADMINISTRATION INC., a California Corporation; and DOES 1 through 25,<br><br>    Defendants. | Case No. C 06-06827 MEJ<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO REMAND TO STATE COURT** |

The Court hereby continues the hearing on Plaintiff's Motion to Remand to State Court to February 1, 2007, at 10:00 A.M., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: January 10, 2007

MARIA-ELENA JAMES
United States Magistrate Judge