**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE EBERHART; HAMILTON BEAUX O'KEADY-ELICOCK; HOWARD HILL; and PHILIP MARC ORLOW,<br><br>    Plaintiff,<br><br>vs.<br><br>FRYE CLAIMS CONSULTATION AND ADMINISTRATION INC., a California Corporation; and DOES 1 through 25,<br><br>    Defendants. | Case No. C 06-06827 MEJ<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The Court hereby VACATES the Case Management Conference scheduled for February 8, 2007. The Case Management Conference to be rescheduled pending the Court's ruling on the Plaintiff's Motion to Remand to State Court.

**IT IS SO ORDERED.**

Dated: January 10, 2007

MARIA-ELENA JAMES
United States Magistrate Judge